UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**ALAN CARTER, JOE TAMS, GEORGE THOMSEN,**

          **Plaintiffs,**

-vs-                                        **Case No.  2:10-cv-34-FtM-29DNF**

**LIQUID CHASE, INC. a Delaware Corporation, DOUGLAS KEYSER, individually, JOHN STEWART, individually,**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This action was brought pursuant to the Fair Labor Standards Act, as amended, 28 U.S.C. §216(b).  On January 11, 2011, the Court entered an Order (Doc. 26) which granted Attorney Robert Blanchfield's Unopposed Motion for Leave to Withdraw as Counsel.  Mr. Blanchfield withdrew as counsel for the Defendants, Liquid Chase, Inc., Douglas Keyser, and John Stewart.  The Court required John Stewart to notify the Court within twenty-one (21) days from the date of the Order as to whether he was retaining new counsel or would be proceeding *pro se* which is without benefit of counsel. On January 27, 2011, John Stewart filed a Motion for More Time (Doc. 27) requesting additional time to retain counsel.  On February 16, 2011, the Court entered an Order (Doc. 28) allowing Mr. Stewart an additional fourteen (14) days to retain counsel or notify the Court that he was proceeding *pro se.* The deadline passed and Mr. Stewart failed to have counsel file a notice of

appearance on his behalf, and failed to notify the Court that he is proceeding *pro se*. On March 18, 2011, the Court entered an Order to Show Cause (Doc. 32) requiring Mr. Stewart to show good cause why a default should not be entered against him for failing to comply with the Order (Doc. 28) which required him to retain counsel or notify the Court that he is proceeding *pro se*. The deadline has passed and Mr. Stewart failed to comply with the Order to Show Cause.

**THEREFORE, IT IS RESPECTFULLY RECOMMENDED:**

That a default be entered against John Stewart for failing to respond to the Orders of January 11, 2011, February 16, 2011, and March 18, 2011.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this ___15th___ day of April, 2011.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record