UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALAN CARTER, JOE TAMS, GEORGE THOMSEN,

    Plaintiffs,

vs.  Case No. 2:10-cv-34-FtM-29DNF

LIQUID CHASE, INC. a Delaware Corporation, DOUGLAS KEYSER, individually, JOHN STEWART, individually,

_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #31), filed March 18, 2011, recommending that defaults be issued against Douglas Keyser and Liquid Chase, Inc. for failure to respond to the Court's Orders, and the Report and Recommendation (Doc. #34), filed April 15, 2011, recommending that a default be issued against John Stewart for failure to respond to the Court's Orders. No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

The March 18, 2011, Report and Recommendation was initially taken under advisement to allow for delivery to alternative addresses.  (Doc. #33.)  No parties appeared in response.  After conducting an independent examination of the file and upon due consideration of the Reports and Recommendations, the Court accepts both Reports and Recommendations of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #31) is hereby **adopted**.

2. The Report and Recommendation (Doc. #31) is hereby **adopted**.

3. The Clerk shall enter a default against **all defendants**.

4.  Plaintiffs shall file a motion for default judgment within **SIXTY (60) DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of May, 2011.

_John E. Steele_
JOHN E. STEELE
United States District Judge


Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties